

2049 CENTURY PARK EAST   SUITE 2100   LOS ANGELES, CA 90067
T 310.229.9900   F 310.229.9901   www.Venable.com

February 22, 2016

Daniel S. Silverman
T 310.229.9900
F 310.229.9901
dssilverman@venable.com

The Honorable Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Atik, et al. v. Welch Foods, Inc., et al.*, **15-cv-5405 (MKB) (VMS)**

Dear Judge Brodie:

We represent defendants Welch Foods, Inc. and The Promotion in Motion Companies, Inc. (collectively, "Defendants") in the above-entitled action, and write pursuant to Rule 3(D) of Your Honor's Individual Practices and Rules.

Enclosed herewith please find courtesy copies of the following documents:

- Notice of Defendants' Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) & (6) [ECF 17];

- Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) & (6) [ECF No. 19];

- Affirmation of Daniel S. Silverman in Support of Defendants' Motion to Dismiss the Complaint, along with Exhibits A-G thereto [ECF No. 18];

- Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint [ECF No. 21]; and

- Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) & (6) [ECF No. 20].

Pursuant to Your Honor's rules, a copy of this letter will be sent to the assigned magistrate judge and to opposing counsel, and will also be electronically filed to the docket of the above-entitled action.



The Honorable Margo K. Brodie
February 22, 2016
Page 2

                          Respectfully Submitted,

                          /s/ Daniel S. Silverman

                          Daniel S. Silverman

cc:    The Honorable Vera M. Scanlon (via Federal Express)
        Opposing Counsel of Record (via Federal Express)